SUSAN ARANOFF, Respondent, v GERALD ARANOFF, Appellant.

Submitted July 14, 2014; decided September 11, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

KELLY COFFEY, Respondent, v CRP/EXTELL PARCEL I, L.P., et al., Appellants, et al., Defendant.

Submitted July 7, 2014; decided September 11, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of JUDITH N. DOMAN, Deceased. CYNTHIA SCHNEI- DER, as Successor Executor of JUDITH N. DOMAN, Deceased, Respondent; ALEXANDER DOMAN, Appellant; ALICE GREEN, as Executor of PAUL GREEN, Deceased, Respondent.

Submitted June 23, 2014; decided September 11, 2014

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [see 23 NY3d 903 (2014)].